①

Paul Adam
Colin Gerstner
GERSTNER ADAM LAW, PLLC
2702 Montana Ave., Ste 201B
P.O. Box 2359
Billings, MT 59103
(406) 969-3100
paul@gerstneradamlaw.com
colin@gerstneradamlaw.com

Attorneys for Plaintiff

CLERK O' THE
DISTRICT COURT
BY HALPIN

2020 OCT 14 A 8: 33

FILED

_____
DEPUTY

MONTANA THIRTEENTH JUDICIAL DISTRICT COURT
YELLOWSTONE COUNTY

| | |
|---|---|
| JEFFREY WATSON,<br><br>Plaintiff,<br><br>vs.<br><br>SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEM, INC.,<br><br>Defendant. | **DV 20 1312**<br><br>Jessica T Fehr<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

COMES NOW Plaintiff Jeffrey Watson, by and through his attorney of record, and for

his Complaint against Defendant Sisters of Charity of Leavenworth Health System Inc. ("SCL

Health") complains and alleges as follows:

1.     This is an action brought under the Montana Wrongful Discharge from Employment Act,

under which Watson seeks redress for SCL Health's wrongful termination of his

employment.

2.     Watson was hired by SCL Health on September 27, 2004 as a Technical Systems

Administrator.

3.     Watson was promoted to Systems Manager on June 15, 2015.

4.    Watson remained in the Systems Manager position until he was terminated.

5.    Watson was a loyal, honest, and hardworking employee who had completed his probationary period.

6.    On July 24, 2020, Watson met virtually with his manager and received a corrective action form.

7.    The July 24, 2020 corrective action form was the first written notice to Watson requesting corrective action in his 16-year career at SCL Health.

8.    On August 3, 2020 Watson met virtually with SCL Health management and was advised that his employment was terminated.

9.    None of the reasons for termination listed by SCL Health, even taken cumulatively, justified terminating Watson's employment.

10.    The Wrongful Discharge from Employment Act, Mont. Code Ann. § 39-2-901 *et seq.*, provides that employees who have completed their probationary period can only be terminated for good cause.

11.    SCL Health did not have good cause to terminate Mr. Watson.

12.    Watson has suffered and continues to suffer damages as a result of his wrongful termination, including but not limited to lost wages, fringe benefits and interest on lost wages and fringe benefits.

WHEREFORE Plaintiff Jeffrey Watson prays for judgment against SCL Health in such categories and amounts as allowed under Montana law and to be determined by a jury at trial.

## JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

DATED this __14__ day of October, 2020.

GERSTNER ADAM LAW PLLC

By: Paul Adam
Attorney for the Plaintiff