## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| JEFFREY WATSON,<br><br>Plaintiff,<br><br>v.<br><br>SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEM, INC.,<br><br>Defendant. | CV 20-181-BLG-SPW-TJC<br><br><br>**ORDER** |

Pursuant to the parties' joint Stipulation for Dismissal with Prejudice (Doc. 25),

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 7th day of December, 2021.

_/s/ Susan P. Watters_
SUSAN P. WATTERS
United States District Judge